IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LESLIE JONES-COLLINS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| DEFENDER ASSOCIATION | : | |
| OF PHILADELPHIA | : | NO. 21-cv-1848 |

**ORDER**

**AND NOW**: This 6th day of July 2021, it having been reported that the issues between the parties in the above action have been settled, and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel, without costs. **IT IS FURTHER ORDERED** that this Court will retain jurisdiction for the purposes of enforcing any agreement between the parties concerning the resolution of this matter.

BY THE COURT:

____/s/ John R. Padova_____
John R. Padova, J.